# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Sep 11, 2026
**Server Name:** Mikhael Goldgisser

| | |
|---|---|
| Entity Served | TARGET CORPORATION |
| Case Number | 50-2026-CA-009987-XXXA-MB |
| Jurisdiction | FL |

| Inserts | | |
|---|---|---|
| | | |

**Exhibit 2**

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

SANDRA MACK,

CASE NO.: 50-2026-CA-009987-XXXA-MB

Plaintiff,

vs.

TARGET CORPORATION,
a Foreign Profit Corporation,

Defendants.

_______________________________________/

## SUMMONS

THE STATE OF FLORIDA
To All and Singular Sheriffs of Said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons, a copy of the Complaint, Request for Admissions, Request for Production, Interrogatories and Initial Disclosures in this action on Defendant:

**TARGET CORPORATION**
**Via Registered Agent- CT CORPORATION SYSTEM**
**1200 South Pine Island Road**
**Plantation, FL 33324**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court, you must also must mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

Mikhael Goldgisser
1556
2026/09/11 15:42:12

**Plaintiff/Plaintiff's Attorney:**

DANIEL DRAZEN, ESQUIRE
DRAZEN MANCINI, P.A.
1489 W. Palmetto Park Road
Suite 500
Boca Raton, Florida 33486
(561) 899-9955

**DATED: Sep 10 2026**

As Clerk of Said Court

By: ______________________
As Deputy Clerk

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandate o Abogado sel Demanadante)

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que

votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

ADMINISTRATIVE ORDER NO. 2.207-**7/22***

IN RE: REQUESTS FOR ACCOMMODATIONS UNDER
THE AMERICANS WITH DISABILITIES ACT
_______________________________________:

The Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. ' 12101 et seq., requires reasonable accommodations be provided to qualified persons with disabilities so they might participate fully in court programs, services, activities, and benefits. Florida Rule of Judicial Administration 2.540 requires specific ADA language be included in all notices of court proceedings.

**NOW THEREFORE**, in accordance with the authority vested in the chief judge by Rule 2.215 (b) (2), Florida Rules of Judicial Administration it is **ORDERED** as follows:

1. All summonses and communications noticing court proceedings, proceedings before general masters, and mediation proceedings shall include the following language which shall, be in bold face, 14-point Times New Roman or Courier font:

   "If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact **William Hutchings, Jr.**, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

2. The required language must also be provided in Spanish and Creole.

3. Spanish and Creole translations of the above notice are attached.

**DONE** and **SIGNED** in Chambers, at West Palm Beach, Palm Beach County, Florida, this 21st day of July, 2022.

Glenn D. Kelley, Chief Judge

*supersedes admin. order 2.207-6/22

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

Filing # 256330048 E-Filed 09/03/2026 09:56:08 AM

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

SANDRA MACK,

CASE NO.:

Plaintiff,

vs.

TARGET CORPORATION,
a Foreign Profit Corporation,

Defendants.

_______________________________________/

**COMPLAINT**

The Plaintiff, SANDRA MACK, by and through undersigned counsel, hereby sues the Defendants, TARGET CORPORATION, and alleges as follows:

1. This is an action for damages in excess of fifty thousand ($50,000.00) dollars.

2. At all times material hereto, the Plaintiff, SANDRA MACK, is an individual residing in Palm Beach County, Florida.

3. At all times material hereto, the Defendant, TARGET CORPORATION, is a Foreign Corporation doing business in Palm Beach County, Florida.

4. On or about September 27, 2024, the Defendant TARGET CORPORATION, maintained, managed, and/or controlled the property located at or near 500 N Congress Ave, Lake Park, FL 33403.

**COUNT I**
**NEGLIGENCE AGAINST TARGET CORPORATION**

Plaintiff adopts and re-alleges each and every allegation contained in paragraphs 1 through 4 as if they were fully set forth herein, and further alleges:

5. On the above date the Plaintiff, SANDRA MACK, while exercising due care and caution for her own safety, was lawfully on the Defendant's property when she was injured due to the negligence of the Defendant, TARGET CORPORATION.

8. Specifically, the Plaintiff, SANDRA MACK, was caused to trip and fall due to an unreasonably dangerous walking surface in the Defendant, TARGET CORPORATION's, store.

9. The Defendant, TARGET CORPORATION, owed to the Plaintiff a duty of reasonable care to maintain the subject property in a condition reasonably safe for its intended use and free from all conditions which would render it dangerous and unsafe for the Plaintiff, or present an unreasonable risk of harm to her, in her lawful use of the same.

10. That it was the duty of the Defendant, TARGET CORPORATION, to warn the Plaintiff of aforesaid dangerous and unsafe conditions.

11. The Defendant, TARGET CORPORATION, breached its duty of care to the Plaintiff, by committing one or more of the following negligent acts of commission and/or omission which proximately caused injury to the Plaintiff as hereinafter alleged more fully:

(a) The Defendant failed to properly design, maintain, inspect, and examine the subject property;

(b) The Defendant should have exercised reasonable care in the maintenance of the subject property;

(c) The Defendant failed to warn the Plaintiff of the dangerous condition; and

(d) the afore-described dangerous condition was a regular, reoccurring, and ongoing condition; therefore, Defendant knew, or in the exercise of reasonable care, should have known of the aforesaid dangerous and hazardous conditions.

12. Defendant knew, or in the exercise of reasonable care, should have known of the afore-described dangerous and hazardous condition.

13. That the aforesaid acts of negligence on the parts of the Defendant were the proximate cause of the injuries sustained by the Plaintiff.

14. As a direct result, the Plaintiff has incurred medical bills, has suffered bodily injury resulting in severe physical pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of preexisting injuries, if any, lost wages, and loss of the ability to earn wages. Her losses are permanent and continuing in nature and the Plaintiff will suffer losses in the future.

WHEREFORE, the Plaintiff, SANDRA MACK, demands judgment against the Defendant, TARGET CORPORATION, for damages, costs, and any other relief this Court may deem appropriate. The Plaintiff further demands trial by jury as to all issues so triable as a matter of right.

Dated this 3rd day of September 2026.

**DRAZEN MANCINI, P.A.**
Attorneys for Plaintiff
1489 W. Palmetto Park Road
Suite 500
Boca Raton, FL 33486
Telephone: (561)-899-9955
Primary: dan@myfloridainjurylaw.com
Secondary: eug@myfloridainjurylaw.com
Secondary: paralegal3@myfloridainjurylaw.com

By: /s/ Daniel Drazen
DANIEL DRAZEN, ESQ.
Florida Bar No. 115454